■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENE SOSA, Appellant. [718 NYS2d 320] —Judgment, Supreme Court, New York County (Richard Carruthers, J.), rendered April 20, 1999, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 6 to 12 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis upon which to disturb the jury's determinations concerning credibility. The evidence, including credible testimony that defendant made repeated exchanges of small objects for money, clearly established his intent to sell the drugs found in his possession.

We perceive no basis for reduction of sentence. Concur— Sullivan, P. J., Wallach, Lerner, Andrias and Buckley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY MARRERO, Appellant. [718 NYS2d 173] —Judgment, Supreme Court, Bronx County (Harold Silverman, J.), rendered March 12, 1998, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree (two counts) and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to three concurrent terms of 4½ to 9 years, unanimously affirmed.

Defendant's challenge to the constitutionality of his mandatory minimum sentence requires preservation (*People v Ingram*, 67 NY2d 897), and we decline to review this unpreserved claim in the interest of justice. Were we to review this claim, we would not find that this sentence was unconstitutional as applied to defendant (*see, People v Thompson*, 83 NY2d 477). Nor is there any other basis for reduction of the sentence. Contrary to defendant's argument, where a defendant has already received the minimum sentence authorized by law this Court has no authority to reduce such sentence as a matter of discretion in the interest of justice (CPL 470.20 [6]). Concur—Sullivan, P. J., Wallach, Lerner, Andrias and Buckley, JJ.